REED W.L. MARCY (Cal. State Bar No. 191531)
HALLIE VON ROCK (Cal. State Bar No. 233152)
CAREY A. JAMES (Cal. State Bar No. 269270)
BRENT A. ROBINSON (Cal. State Bar No. 289373)
AIMAN-SMITH & MARCY PC
7677 Oakport St. Suite 1150
Oakland, CA 94621
Telephone: (510) 817-2711
rwlm@asmlawyers.com
hvr@asmlawyers.com
caj@asmlawyers.com
bar@asmlawyers.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOVELY NAKOOKA and ELVA REYES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DOLLAR TREE STORES, INC., and DOES 1-10, inclusive,<br><br>Defendants. | No. 3:17-cv-03955-JD<br><br><u>CLASS ACTION</u><br><br>**[PROPOSED] ORDER GRANTING ATTORNEY'S FEES, COSTS, AND INCENTIVE COMPENSATION**<br><br>Date:         July 18, 2019<br>Time:        10:00 AM<br>Courtroom: 11<br>                   450 Golden Gate Avenue<br>                   San Francisco, California 94102<br>Judge:       Hon. James Donato<br><br>Complaint filed:   July 13, 2017<br>Trial date:            None set |

Plaintiffs Lovely Nakooka and Elva Reyes filed a motion for court approval of their attorney's fees, litigation costs, and incentive compensation. The matter come on for hearing on July 18, 2019, at 10:00 a.m. in Courtroom 11, the Honorable James Donato presiding. After full consideration of the papers, the Court's file in the matter, the evidence presented, and oral submissions made at the hearing, now therefore IT IS HEREBY ORDERED:

1. Plaintiffs' Motion for Attorney's Fees is GRANTED in the amount of $200,000 (Two Hundred Thousand Dollars). The Court finds that the requested fee is reasonable under the circumstances, both as a percentage of the benefit and under the lodestar/multiplier method.

2. Plaintiffs' Motion for Costs is GRANTED in the amount of $14,104 (Fourteen Thousand One Hundred Four Dollars). The Court finds that Plaintiffs' litigations expenses were reasonably incurred in the prosecution if this action.

3. Plaintiffs' Motion for Incentive Compensation is GRANTED in the amount of $750 (Seven Hundred Fifty Dollars) each to Lovely Nakooka and Elva Reyes. The Court finds that this amount of incentive compensation is reasonable in light of the circumstances, including the risk undertaken by the named representatives in prosecuting this action, the amount of time spent on the litigation, and other factors set forth in their declarations and the papers filed in support of this Motion.

IT IS SO ORDERED.

Dated: _____, 2019

_____
Hon. James Donato
United States District Court Judge